**REISSUED FOR PUBLICATION**
APR 28 2022
OSM
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

### OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * *
SHERRIE GRABP,                    *
                                  *
                                  *      No. 22-375V
               Petitioner,        *      Special Master Christian J. Moran
                                  *
v.                                *
                                  *
                                  *      Filed:  April 6, 2022
SECRETARY OF HEALTH               *
AND HUMAN SERVICES,               *
                                  *
               Respondent.        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### DECISION DISMISSING CASE[1]

An April 1, 2022 petition alleged that Ms. Judith Grabp experienced complications resulting in her death due to the COVID-19 vaccine.  The COVID-19 vaccine is not currently covered by the Vaccine Program.  It is instead covered by the Countermeasures Injury Compensation Program (CICP).  Therefore, any petition filed alleging an injury resulting from the COVID-19 vaccine must be dismissed.  For further information, petitioner may visit https://www.uscfc.uscourts.gov/coronavirus-announcements and direct any further inquiries regarding COVID-19 vaccine injuries to the CICP at 1-855-266-2427 or cicp@hrsa.gov.

Accordingly, this case is **DISMISSED WITH PREJUDICE**.  The clerk shall enter judgment accordingly.

Any questions regarding this order shall be directed to my law clerk, Jason Wiener, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] The E-Government Act, 44 § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website (https://www.uscfc.uscourts.gov/aggregator/sources/7).  Once posted, anyone can access this decision via the internet.  Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4).  Any redactions ordered by the special master will be reflected in the document posted on the website.